UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC L. CORBETT,<br><br>    Defendant. | Case No. 2:16-cr-00300-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

# INTRODUCTION

Before the Court is Defendant Eric L. Corbett's Motion for Early Termination of Supervised Release. Dkt. 45. The Court will GRANT Mr. Corbett's motion.

# ANALYSIS

Because Mr. Corbett has served more than a year of supervised release, the Court may terminate his release if it determines that "that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making this determination, the Court must consider the factors set forth in 18 U.S.C. § 3553(a) including:

> (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) deterrence; (3) protection of the public; (4) the need to provide the defendant with educational, vocational training, medical care or other rehabilitation; (5) the sentence and sentencing range established for the category of defendant; (6) any pertinent policy statement by the Sentencing Commission; (7) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and (8) the need to provide restitution to any victims of the offense.

*See* 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a) (5), (a)(6), and (a)(7). The United State Probation Service does not oppose Mr. Corbett's motion. Dkt. 45 at 6. The United States does, however, oppose the motion, but solely on the grounds that it is United States Department of Justice policy to oppose all early termination motions where there is more than a year of supervised release remaining. Dkt. 46.

The Court, having considered the § 3553(a) factors, finds that Mr. Corbett's conduct merits early termination of his supervised release. After the Court imposed sentence in this case, Mr. Corbett obtained the education required to become a farrier and founded a successful business in that field. Dkt. 45 at 2-4. He has also maintained his marriage and continued to perform his role as a step-parent to his wife's children. *Id.* Thus, Mr. Corbett has done more than simply comply with the terms of his supervised release; he has exceeded them. *Cf. United States v. Evertson*, No. 4:06-CR-206-BLW, 2011 WL 841056, at *3 (D. Idaho Mar. 7, 2011) (noting that mere compliance, without more, was insufficient to entitle the petitioner to early termination of his supervised release). The public interest is no longer served by expending taxpayer funds (even at a reduced level) to monitor Mr. Corbett's activities. Accordingly, it is in the interest of justice to terminate Mr. Corbett's supervised release.

## ORDER

IT IS HEREBY ORDERED:

1. Mr. Corbett's Motion for Early Termination of Supervised Release (Dkt. 45) is **GRANTED**.



DATED: May 14, 2019

_____
B. Lynn Winmill
U.S. District Court Judge